# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § C.A. NO. 6:20-cv-00487-ADA<br>§ C.A. NO. 6:20-cv-00488-ADA<br>§ C.A. NO. 6:20-cv-00489-ADA |
| *Plaintiff*, | § C.A. NO. 6:20-cv-00490-ADA<br>§ C.A. NO. 6:20-cv-00491-ADA |
| v. | § C.A. NO. 6:20-cv-00492-ADA<br>§ C.A. NO. 6:20-cv-00493-ADA |
| ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC., | § C.A. NO. 6:20-cv-00494-ADA<br>§ C.A. NO. 6:20-cv-00495-ADA<br>§ C.A. NO. 6:20-cv-00496-ADA |
| *Defendants*. | § C.A. NO. 6:20-cv-00497-ADA<br>§ |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF PARTIAL ORDER GRANTING MOTION TO DISMISS FOR IMPROPER VENUE (DKT. 105)

The Court, having considered defendants ZTE Corporation's Motion for Reconsideration of the partial Order Granting Motion to Dismiss for Improper Venue, Dkt. 105, hereby ORDERS that this motion is GRANTED, and ZTE Corporation is hereby DISMISSED.

SIGNED AND ENTERED this _____ day of _____, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE